**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Candelario Alberto GARCIA,
Defendant–Appellant.**

No. 15–30089.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 5, 2016.

Filed May 23, 2016.

Paulette Lynn Stewart, Assistant U.S., USHE–Office of the Us Attorney, Helena, MT, Leif Johnson, Assistant U.S., USBI–Office of the Us Attorney, Billings, MT, for Plaintiff–Appellee.

Steven C. Babcock, Assistant Federal Public Defender, Fdmt–Federal Defenders of Montana (Billings), Billings, MT, David F. Ness, Assistant Federal Public Defender, Fdmt–Federal Defenders of Montana (Great Falls), Great Falls, MT, for Defendant–Appellant.

Before: TALLMAN and HURWITZ, Circuit Judges and BATTAGLIA,* District Judge.

MEMORANDUM **

Candelario Alberto Garcia entered a conditional guilty plea to one count of possession with intent to distribute metham-

phetamine in violation of 21 U.S.C. § 841(a)(1). He appeals the district court's denial of his motion to suppress evidence derived from a "knock and talk" encounter with police officers. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Garcia's position that he was seized from the moment he encountered the officers at his door is unavailing. The encounter in this case is virtually identical to the encounter in *United States v. Crapser,* which this Court found to be voluntary and consensual. 472 F.3d 1141, 1146 (9th Cir. 2007). The district court therefore correctly denied Garcia's motion.

**AFFIRMED.**

---

* The Honorable Anthony J. Battaglia, District Judge for the U.S. District Court for the Southern District of California, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

